UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is a document (Docket No. 608), filed by Defendant Rivers, <u>pro se</u>. Consistent with the Order entered on August 7, 2012 (Docket No. 574), the Court will consider only filings made by counsel for the Defendant.

To the extent the Defendant is raising issues relating to his civil cases, those issues will not be considered in this criminal proceeding, but should be raised through filings bearing the appropriate civil case number.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE