UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

The Court is in receipt of a letter dated September 14, 2012, from Warden Francisco J. Quintana (Docket No. 842). The letter requests an extension of time, until November 26, 2012, in which to provide the Court with a report of Defendant Rivers' evaluation. The request is GRANTED.

The Clerk shall serve a copy of this Order on Warden Quintana, at the address provided in letter, and on counsel for Defendant Rivers and the Government.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE