IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | |
| STERLING RENEVA RIVERS | ) | |

O R D E R

Pursuant to the Order of referral, Docket Entry No. 1001, the Government's motion to set arraignment, Docket Entry No. 997, is GRANTED.

Arraignment is set before the undersigned on **Monday, January 7, 2013, at 1:00 p.m.** Defendant shall be produced for this hearing.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge