UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is Defendant Rivers' Renewed Petition For Order To Have Lap-top In The R.C.D.C. Facility Also I-Pod (Docket No. 1054). The Petition was discussed at a hearing on January 23, 2013. For the reasons stated on the record at that hearing, the Petition is GRANTED. Accordingly, the Robertson County Detention Center is ordered to permit Defendant Rivers to utilize a laptop and external hard drive, subject to all the security requirements and procedures of the facility.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE