UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is the Defendant's Petition In Opposition To The Government's Motion To In Limine Regarding Impeachment Of Testifying Witnesses (Docket No. 1423). In an Order entered on July 30, 2013 (Docket No. 1417, at 1), the Court ruled on the Government's Motion as follows: "Defendant may impeach the credibility of Government witnesses with their prior convictions pursuant to Rule 609. The Government shall make contemporaneous objections at trial if the Defendant exceeds the scope of Rule 609 as to impeachment by prior conviction." None of the arguments made in the Defendant's Petition (Docket No. 1423) lead the Court to change its prior ruling.

Also pending before the Court is the Defendant's Petition To Reopen Evidentiary Hearing To Dismiss Due To Outrageous Government Conduct That Violates Due Process, Due To Newly Discovered Evidence (Docket No. 1424). Through the Petition, the Defendant seeks to introduce "newly discovered evidence," regarding a recording on one of his cell phones that was seized by law enforcement, to support his request to dismiss based on outrageous government conduct. The Court held an evidentiary hearing on May 16, 2013, and denied Defendant's request to dismiss in an Order entered on June 4, 2013 (Docket No. 1339). Nothing

in the Defendant's Petition To Reopen lead the Court to change its prior ruling. Accordingly, the Petition To Reopen (Docket No. 1424) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE