UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Monique Smith's Petition To Quash WHCAT And Clarification Of The Undersigneds' Appellate Representation (Docket No. 1478). Through the Petition, Defendant Smith seeks to quash Defendant Rivers' subpoena for his testimony at the trial set for August 27, 2013. In addition, Defendant Smith's appellate counsel, Michael J. Stengel, seeks clarification as to whether the Court expects him to represent Defendant Smith in the proceedings relating to Defendant Rivers' subpoena for Defendant Smith's testimony at the trial set for August 27, 2013.

The Court orders the Federal Public Defender's Office to designate a member of the Federal Defender's Panel to serve as counsel for Defendant Smith in connection with the proceedings relating to the subpoena for Defendant Smith's testimony at the trial of Defendant Rivers set for August 27, 2013. 18 U.S.C. § 3006A.

As the Court ruled in an earlier Order (Docket No. 1415), any motions to quash shall be heard on August 15, 2013 at 9:00 a.m.

The Government and Defendant Rivers shall file a response to the Petition To Quash on or before August 14, 2013.

Counsel for Defendant Smith shall take all necessary steps to secure the presence of

Defendant Smith at the hearing on August 15, 2013.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE