UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Several Defendants have filed Motions to Quash Subpoenas for the trial of Sterling Rivers on August 27, 2013. The Court previously set August 15, 2013 at 9:00 a.m. to hear any such motions. The Court also directed counsel for those Defendants who filed Motions to Quash to take steps to secure the presence of their clients at the August 15, 2013 hearing.

It has come to the attention of the Court that the Marshal is unable to produce certain Defendants on August 15, 2013. Therefore, the Court hereby clarifies the prior orders and continues the hearing to accommodate transportation issues.

First, the Court is not requiring the attendance of the Defendants who have filed Motions to Quash. To the extent they have a right to be present, they may waive their attendance. No party to the trial has requested the presence of such Defendants, who have pled guilty or have been found guilty by a jury, at the hearing on the Motions to Quash.

Second, due to the transportation issues, the Court continues the hearing on the Motions to Quash until August 22, 2013, at 1:00 p.m. By August 15, 2013, counsel for the Defendants who have filed Motions to Quash shall file proposed Writs of Habeas Corpus Ad Testificandum, or proposed Orders to Produce, if they want their clients present at the hearing on August 22, 2013. To the extent counsel has filed a proposed Writ or Order for August 15, 2013, a new proposed Writ or Order must be filed for August 22, 2013. If no proposed Writ or Order is filed, a Defendant will not be transported. Any Defendant

transported for the August 22, 2013 hearing should be transported and housed separately from Defendant Rivers.

Defendant Neal's Petition (Docket No. 1485) is moot in light of this Order.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE