UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

### ORDER

Pending before the Court is Defendant Rivers' Petition for an Extension fo Time to File Response to Motions to Quash by Co-Defendants (Docket No.1565). The Motion is DENIED.

Defendant Rivers may raise any matters at the hearing on August 22, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE