UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

## ORDER

Pending before the Court is a Motion to Quash Subpoena (Docket No. 1549) filed by counsel for John Edwards and the Government's Motions in Limine regarding John Edwards (Docket Nos. 728 and 1000). The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motions are GRANTED.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE