UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Order To Produce Witness (Docket No. 1598). Through the Motion, the Defendant requests that the Court order the Marshal Service to produce Curtis Robinson to testify in the ongoing trial in this case. The Motion is GRANTED. Any witness transported for trial should be transported and housed separately from Defendant Rivers.

The Clerk is directed to serve a copy of this Order on Cynthia S. McKenzie, counsel for Mr. Robinson.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　_Todd Campbell_
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE