UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

As stated on the record on September 4, 2013, witnesses James Lowe and Robert Moore shall be at court for trial on September 5, 2013 at 8:00 a.m. Defendant Rivers represented these witnesses have been subpoenaed to testify at trial.

The court has ordered the appointment of counsel for these witnesses and counsel shall also be present on September 5, 2013 at 8:00 a.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE