UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

## ORDER

On September 10, 2013, the jury was unable to reach a verdict on Count Two, and the Court hereby declares a mistrial on Count Two only. The jury reached a verdict as to all other Counts.

The case is rescheduled for a jury trial on Count Two only on November 19, 2013, at 9:00 a.m. 18 U.S.C. § 3161(e). A pretrial conference is scheduled for October 10, 2013, at 2:30 p.m. A status conference is scheduled for October 4, 2013, at 3:00 p.m.

All previous rulings of the Court regarding trial apply to the retrial of Count Two, absent further order of the Court. Any new motions in limine or new jury instructions shall be filed by October 1, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE