UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss Without Prejudice (Docket No. 1682). Through the Motion, the Government seeks to dismiss Count Two of the Fourth Superseding Indictment without prejudice.

The Motion is GRANTED. Accordingly, the trial scheduled for November 19, 2013, and the Pretrial Conference set for October 23, 2013 are CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE