UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS | ) | |

ORDER

Pending before the Court is the Government's Motion To Continue (Docket No. 1709) the sentencing hearing in this case, currently set for December 13, 2013. The Motion indicates that the parties recently received the Presentence Report and need additional time to prepare.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until January 22, 2014, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE