UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is a Motion to Continue Sentencing Hearing (Docket No. 1739).

The Motion is GRANTED in part and DENIED in part.

The requested dates are not available. However, the sentencing hearing currently scheduled

for January 30, 2014 is RESCHEDULED for February 26, 2014, at 9:00 a.m. The Defendant shall

attend all Court hearings in this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE